UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:25-cv-321-BO-RN

ROGER ALEXANDER HINES,           )
                                 )
                 Plaintiff,      )
                                 )
        v.                       )        **ORDER**
                                 )
CAPITAL AUTO ASSOCIATES, INC.,   )
and LEITH TOYOTA,                )
                                 )
                 Defendants.     )

This matter is before the Court on plaintiff's failure to respond to the Court's Order to Correct Deficiencies [DE 2]. In the order, plaintiff was specifically warned that pursuant to Rule 41(b), his claims against defendant could be dismissed without prejudice unless he corrected the listed deficiencies within 14 days of the filing of the order. *See id.* The deadline set forth in the order has passed, and the Court has received no corrected filings from plaintiff.

Accordingly, plaintiff's claims against Capital Auto Associates, Inc. and Leith Toyota are dismissed without prejudice for failure to prosecute in accordance with Rule 41(b) of the Federal Rules of Civil Procedure. The clerk is DIRECTED to close the case.

SO ORDERED, this **23** day of July, 2025.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE