UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROGER ALEXANDER HINES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAPITAL AUTO ASSOCIATES, INC. and ) <br> LEITH TOYOTA, ) <br> ) <br> Defendants. ) <br> ) | **JUDGMENT** <br><br> 5:25-CV-321-BO-RN |

**Decision by Court.**
This matter is before the Court on plaintiff's failure to respond to the Court's Order to Correct Deficiencies [DE 2].

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's claims against Capital Auto Associates, Inc. and Leith Toyota are dismissed without prejudice for failure to prosecute in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

This case is closed.

**This judgment filed and entered on July 24, 2025, and served on:**
Roger Hines (via US Mail to 108 Rossell Park Cir., Garner, NC 27529)

                                          **PETER A. MOORE, JR., CLERK**

July 24, 2025                    /s/Lindsay Stouch
                                      By: Deputy Clerk